NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

**and**

**SAINT-GOBAIN ABRASIVES, INC.,**
*Defendant-Appellant,*

**and**

**HEBEI JIKAI INDUSTRIAL GROUP CO., LTD. and HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC.,**
*Defendants-Appellants,*

**and**

**EHWA DIAMOND INDUSTRIAL CO., LTD.,**
*Defendant-Appellant,*

**and**

**BOSUN TOOLS GROUP CO., LTD..**
*Defendant-Appellant.*

---

2010-1024, -1090

Appeals from the United States Court of International Trade in case no. 09-CV-0110, Senior Judge R. Kenton Musgrave.

## ON MOTION

## O R D E R

The appellants move without opposition for a 2-day extension of time, until March 19, 2010 to file their initial briefs. Diamond Sawblades Manufacturers Coalition (DSMC) moves to stay the briefing schedule in this appeal pending this court's disposition of 2009-1274, or in the alternative, moves for a 30-day extension of time, until June 4, 2010 to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellants' motion for an extension of time is granted.

(2) DSMC's motion to stay the briefing schedule is denied.

(3) DSMC's alternative motion for an extension of time is granted.

FOR THE COURT

__JUN 2 3 2010__                      /s/ Jan Horbaly___
        Date                          Jan Horbaly
                                      Clerk


cc:  Daniel B. Pickard, Esq.
     Gregory S. Menegaz, Esq.
     J. David Park, Esq.                        **FILED**
     Kenneth G. Weigel, Esq.            **U.S. COURT OF APPEALS FOR**
     Lynn M. Fischer Fox, Esq.            **THE FEDERAL CIRCUIT**
     Delisa M. Sanchez, Esq.
                                          **JUN 2 3 2010**
s20
                                          **JAN HORBALY**
                                             **CLERK**